IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TERRY M. MEGEL,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:06CV705** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Stay (Filing No. 6), in which the United States reports a Southern District of Iowa civil action styled *Clarke County State Bank v. United States v. Terry M. Megel and James S. McBride*, Case No. 4:06-cv-00458-RP-TJS (S.D. Iowa) involves the same penalty assessments at issue in this case. Counsel for the defendant represents the plaintiff does not oppose the stay.

It appearing that the Iowa district court is the only venue where jurisdiction may be had over all three non-government parties who may be jointly and severally liable for the penalty assessments challenged by the plaintiff Terry M. Megel in this case, that the United States has added Mr. Megel as an additional defendant on counterclaim in the Iowa action, and that there otherwise is good cause for a stay of proceedings in this court, now therefore, it is hereby:

**ORDERED** that the Motion to Stay (Filing No. 6) is granted; and it is

**FURTHER ORDERED** that, pending further order of this court, all proceedings in this action shall be STAYED until all proceedings, including any appeals, in the matter of *Clarke County State Bank v. United States v. Terry M. Megel and James S. McBride*, Case No. 4:06-cv-00458-RP-TJS (S.D. Iowa) have been concluded; and it is

**FURTHER ORDERED** that, counsel shall file a joint status report concerning the status of this case on **June 28, 2007, and every 90 days thereafter**, such report to include counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted.

DATED this 19th day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge