IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY M. MEGEL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV705 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a phone conference with counsel. Counsel requested that the court stay this case, pending the outcome of a trial in a related case in Iowa which is scheduled for trial on February 9, 2009. After conferring with counsel, the court finds that the issues in each case are identical; the parties, with the exception of one additional party in Iowa, are identical; the witnesses are virtually identical; and resolution of the Iowa case will result in res judicata as to the Nebraska case. The court finds that in the interest of judicial economy and for the convenience of the parties, this case should be transferred to the United States District Court for the Southern District of Iowa in conjunction with *Clarke County State Bank v. United States v. Terry M. Megel and James S. McBride,* Case No. 4:06cv00458-RP-TJS, which case is already pending in that jurisdiction.

THEREFORE, IT IS ORDERED that the Clerk of Court shall transfer this case to the United States District Court for the Southern District of Iowa.

DATED this 3rd day of July, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge